(1020)

Civil Court of the City of New York  
County of __BRONX__  
Part _____

Index Number __56866/00__  
Motion Cal. # __34__   Motion Seq. # __6__

### DECISION/ORDER

Recitation, as required by CPLR §2219(a), of the papers considered in the review of this Motion:

| Papers | Numbered |
|---|---|
| Notice of Motion and Affidavits Annexed......... | |
| Order to Show Cause and Affidavits Annexed..... | 1 |
| Answering Affidavits ............................. | |
| Replying Affidavits............................... | |
| Exhibits ......................................... | |
| Other............................................. | |

R.P.U. Systems, LTD  
Assignee Seaman's Furniture  
Claimant(s)/Plaintiff(s)/Petitioner(s)

against

Esmerilda M. Crear  
Defendant(s)/Respondent(s)

Upon the foregoing cited papers, the Decision/Order on this Motion to __Restore Case to Calendar & to Vacate Hawkins' Decision__ is as follows:

Denied — As Plaintiff failed to establish a basis for overturning, reversing or vacating the Hon. Kranz's Decision — which notes that Plaintiff was not present i.e. was in default", and moreover, that Hon. Kranz's decision is "with prejudice based on Statute of Limitation" — A Ruling — if accurate — this court would concur.

__4/24/17__  
Date

ENTERED  
BRONX COUNTY  
APR 24 2017  
Civil Court  
of the  
City of New York

__[signature]__ 4/24/17  
Judge, Civil Court  
HON. DAKOTA RAMSEUR

ENTERED  
BRONX COUNTY  
APR 24 2017  
Civil Court  
of the  
City of New York

CIV-GP-43 (Revised September 1999)